UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

D-1, CHARLES JACKSON,

        Defendant(s).
_____/

CASE NO. 03-80281

HONORABLE GERALD E. ROSEN

**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

Before the Court is defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c). Defendant was found guilty on October 17, 2003 of the following counts after a jury trial:

> Count 1, 18 U.S.C. §922(g)(1) - Felon in Possession of a Firearm;
>
> Count 2, 21 U.S.C. 841(a)(1) - Possession With Intent to Distribute Cocaine Base and Marijuana;
>
> Count 3, 18 U.S.C. 924(c)(1)(A) - Possession of a Firearm in Furtherance of Drug Trafficking Crime.

On February 23, 2004, defendant was sentenced to 116 months on Counts 1 and 2 to run concurrently and 60 months on Count 3 to run consecutive to the sentence imposed on Counts 1 and 2.

On January 20, 2006, after an appeal and remand pursuant to Booker, defendant was re-sentenced to 104 months on Counts 1 and 2 to run concurrently and 60 months on Count 3 to run consecutive to the sentence imposed on Counts 1 and 2.

On July 29, 2009, pursuant to 18 U.S.C. §3582(c)(2), the Court once again re-

sentenced defendant to 92 months on Counts 1 and 2 to run concurrently and 60 months on Count 3 to run consecutive to the sentence imposed on Counts 1 and 2.

In light of the reductions defendant has previously received, pursuant to Booker and 18 U.S.C. § 3582(c)(2), the Court is not inclined to grant any further reductions. Therefore,

IT IS ORDERED that the motion is DENIED.

SO ORDERED.

Dated: April 25, 2013         s/Gerald E. Rosen
                              Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2013, by electronic and/or ordinary mail.

                              s/Julie Owens
                              Case Manager, (313) 234-5135